# EXHIBIT 1

Photographer: Ruvén Afanador
Image Title: Ruth Bader Ginsburg (RAD09005)
Registration Number: VA 2-252-202
Registration Date: February 5, 2021

