# EXHIBIT 2a

"A Judge Grows in Brooklyn"



"Rose Garden"



"A Meaningful Life"



"All I Ask"



"Dreams of Equal Citizenship"



"Protected Ground"



"Guardians of the Great Charter"



"Garden District"



"In the Service of Society"



"Lady in Red (White and Blue)"



"Lilly"



"Not Just for the Here and Now"



"Rose Garden II"



"She Should Be Ever Mindful"



"The Work of a Good Judge"



"There Is Another I Love Dearly"

