# EXHIBIT 2b

"I dissent."



"Notorious"



"RBG"



"Supreme"



"Giant"



"Justice"



"Ruth"



"Shero"



"Super Diva!"



"To Live a Meaningful Life"



"A Woman's Work"



"We Stand on the Shoulders of Giants"



"I Ask No Favor"



"Kiki"



"Even in the Face of Majority Action"

