# EXHIBIT 2c

https://www.julietorresart.com/rbg-series

# Julie Torres

STUDIO NEWS    AVAILABLE WORKS    WOVEN WORKS    PRINT EDITIONS    PUBLIC ART    ABOUT    CONTACT

"RBG" series



*Even In the Face of Majority Action,* 2021
Woven screenprint with gold leaf
14 x 13 inches (unframed)
Sold



*Suspect Criterion*, 2021
Woven screenprint
42 x 41 inches (framed)
Sold

*A Woman's Work*, 2021
Woven screenprint with gold leaf
40 x 38 inches (framed)
Sold



*A Woman's Work*, 2021
Woven screenprint with gold leaf
40 x 38 inches (framed)
Sold

*Kiki*, 2021
Woven screenprint with silver leaf
24 x 23 inches (unframed)
Sold

https://www.julietorresart.com/rbg-series



*Cherish Your Daughters*, 2021
Woven screenprint, gold leaf
16 x 18.5 inches (unframed)
Sold

*I Ask No Favor*, 2021
Woven screenprint, gold leaf
42 x 40 inches (framed)
Sold

https://www.julietorresart.com/rbg-series

*I Ask No Favor*, detail



*In the Service of Society*, 2010
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission



https://www.julietorresart.com/rbg-series

*In the Service of Society*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission

*A Meaningful Life*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission



*A Meaningful Life*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission

*The Work of a Good Judge*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission

https://www.julietorresart.com/rbg-series



*The Work of a Good Judge*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission

*Dreams of Equal Citizenship*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Sold

https://www.julietorresart.com/rbg-series

*Dreams of Equal Citizenship*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Sold



*She Should Be Ever Mindful*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission



*She Should Be Ever Mindful*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission

*Lady in Red (White and Blue)*, 2020
Woven screenprint, gold leaf, cut paper from *Constitutional Law*
40 x 38 inches (framed)
Unique piece
Private collection of Sara Blakely

*Lady in Red (White and Blue)*, 2020
Woven screenprint, gold leaf, cut paper from *Constitutional Law*
40 x 38 inches (framed)
Unique piece
Private collection of Sara Blakely



*There Is Another I Love Dearly*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission



*There Is Another I Love Dearly*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission

*All I Ask*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission



*All I Ask*, 2020
Woven screenprint, gold leaf
40 x 38 inches (framed)
Commission

*Rose Garden II*, 2020
Mixed media
40 x 38 inches (framed)
Sold

https://www.julietorresart.com/rbg-series



*Rose Garden II*, 2020
Mixed media
40 x 38 inches (framed)
Sold

*Not Just For the Here and Now*, 2020
Woven screenprint, gold leaf
40" x 38" (framed)
Sold



*Not Just For the Here and Now,* 2020
Woven screenprint, gold leaf
40" x 38" (framed)
Sold

*Protected Ground,* 2020
Woven screenprint, gold leaf, cut paper from Constitutional Law
40 x 38 inches (framed)
Donated to Georgia Lawyers for the Arts (sold at auction)



*Protected Ground*, detail

*Garden District*, 2020
Woven screenprint, gold leaf, cut paper from Constitutional Law
40 x 38 inches (framed)
Sold

← → ↻   https://www.julietorresart.com/rbg-series



*Garden District*, 2020
Woven screenprint, gold leaf, cut paper from *Constitutional Law*
40 x 38 inches (framed)
Sold

*Guardians of the Great Charter*, 2020
Woven screenprint, gold leaf, cut paper from *Constitutional Law*
40 x 38 inches (framed)
Sold



*Guardians of the Great Charter*, 2010
Woven screenprint, gold leaf, cut paper from Constitutional Law
40 x 38 inches (framed)
Sold

*Rose Garden*, 2019
Woven screenprint, gold leaf, cut paper from Constitutional Law
40 x 38 inches (framed)
Unique piece
Sold



*Rose Garden*, 2019
Woven screenprint, gold leaf, cut paper from *Constitutional Law*
40 x 38 inches (framed)
Unique piece
Sold

*A Judge Grows In Brooklyn*, 2019
Woven screenprint, gold leaf, cut paper from *Constitutional Law*
40 x 38 inches (framed)
Unique piece
Sold