# EXHIBIT 2d











1stDibs uses cookies to ensure you get the best experience on our website. By continuing to browse, you agree to our cookie policy.





















Instagram

julietorresart · Follow

julietorresart "Dreams of Equal Citizenship" 💙
Just finished and will be available 11/27 - 12/1 at
the Buckhead Art & Co. Holiday Market
@buckheadartco.holiday

#justiceginsburg #RBG #ruthbaderginsburg
#notoriousrbg #idissent #supremecourt
#artandlaw #lawinart #fineart #law #lawyer
#womeninlaw #equality #amazingwomen
#contemporaryart #artcollector #commission
#fineartcollector #artinstallation #atlantaartist
#atlantaartscene #printmaking #printmaker
#screenprint #julietorres #julietorresart
#julietorresartist

70w

ksodomick @shirleybelt think
67w  1 like  Reply

lechateau_gris If I'm not in Atlanta, will I be
able to still purchase this?
68w  1 like  Reply
      View replies (1)

216 likes
NOVEMBER 5, 2020

Add a comment...                              Post















