# EXHIBIT 3b

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-252-202**

**Effective Date of Registration:**
February 05, 2021
**Registration Decision Date:**
May 21, 2021

### Supplementary Registration

Supplement To:   VA0002221803, 2020

### Title

Title of Work:   Ruth Bader Ginsburg (RAD09005)

### Completion/Publication

Year of Completion:   2009
Date of 1st Publication:   July 20, 2009
Nation of 1st Publication:   United States

### Author

- Author:   Ruven Afanador
Author Created:   photograph
Citizen of:   United States
Domiciled in:   United States

### Copyright Claimant

Copyright Claimant:   Ruven Afanador
420 west 25th Street 7B, New York, NY, 10003, United States

### Rights and Permissions

Organization Name:   Creative Photographers Inc
Name:   Geoff Katz
Email:   geoff@cpi-ny.com
Telephone:   (212)683-1455
Address:   135 East 57th Street 14th Floor
New York, NY 10022 United States

Page 1 of 2

## Certification _____

|  |  |
|---|---|
| **Name:** | Joe G Naylor, Authorized agent of Ruven Afanador |
| **Date:** | February 05, 2021 |
| **Applicant's Tracking Number:** | USCO-06842 |

_____

| | |
|---|---|
| **Copyright Office notes:** | Regarding information on basic registration: Consult basic registration for relevant annotations. |
| **Explanation of Corrections:** | While working on a number of registration applications, we mistakenly entered the wrong photographer name for the Author and Claimant for this one. Everything else was entered correctly, even his address. |