# EXHIBIT 4

# Remembering Ruth Bader Ginsburg In Her Own Words

In a 2014 ELLE interview, the Supreme Court Justice discussed her powerful dissents and what she hoped to see in her lifetime.

ELLE  BY JESSICA WEISBERG  SEP 21, 2020



RUVEN AFANADOR

**Editor's Note:** On Friday September 18th, Supreme Court Justice Ruth Bader Ginsburg passed away from complications of metastatic pancreatic cancer. The trailblazing cultural, legal, and feminist icon had been on the Supreme Court since 1993, when she was appointed by President Bill Clinton. She became the second female justice on the bench. According to NPR, in the days leading up to her death she dictated a statement to her granddaughter Clara Spera: "My most fervent wish is that I will not be replaced until a new president is installed."

ADVERTISEMENT - CONTINUE READING BELOW






RUTH BADER GINSBURG



| | |
|---|---|
| Artist: | Ruven Afanador (Colombian, born 1959) |
| Title: | *Justice Ruth Bader Ginsburg, Washington D.C.*, 2009 |
| Medium: | Photographs, Archival Pigment Photograph |
| Edition: | Ed. 14 |
| Size: | 24 x 20 in. (61 x 50.8 cm.) |