# EXHIBIT 1





















