# EXHIBIT 2















 


