# EXHIBIT 3



Goldsmith's original image                              Warhol's derivative work