# EXHIBIT 4



Blanch's original image                    Koons' derivative work