# EXHIBIT 5



Patrick Cariou's original image        Richard Prince's derivative work



Patrick Cariou's original image          Richard Prince's derivative work



Patrick Cariou's original image          Richard Prince's derivative work



Patrick Cariou's original image        Richard Prince's derivative work