# EXHIBIT 6


